UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL J. RUSSELL, Jr., | No. 2:18-cv-2683 CKD P |
| Plaintiff, | |
| v. | ORDER |
| JOE A. LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is granted;

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint; and

3. Clerk of Court shall send plaintiff copy of the prisoner civil rights complaint form used in this district.

Dated: June 26, 2019

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/russ2683.36(2)