UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL J. RUSSELL,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:18-cv-2683 KJM CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 20, 2020, the magistrate judge filed findings and recommendation, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed March 20, 2020, are adopted in full;

3       2.  Plaintiff's second amended complaint is dismissed without leave to amend for failing to state a claim; and

3. The Clerk of Court is directed to close this case.

DATED: September 30, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2